IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**09 1283**

SHELDON W. ALLEN,
    PLAINTIFF,

V.

CAMERON LINDSAY - WARDEN;
MEDICAL DEPARTMENT, MDC BROOKLYN;
BUREAU OF PRISONS; ET AL,
    DEFENDANT(S).

**MATSUMOTO, J.**

ORIGINAL
RECEIVED MAR 24 2009 PRO SE OFFICE

AFFIDAVIT IN SUPPORT OF
HABEAS CORPUS PETITION
PURSUANT TO 28 USC § 2241

I, SHELDON W. ALLEN, PLAINTIFF, PRO SE FOR THE PURPOSE OF THE INSTANT AFFIDAVIT IN SUPPORT OF HABEAS CORPUS PETITION PURSUANT TO 28 USC § 2241, BEING DULY DEPOSED, STATE THE FOLLOWING:

1. THAT, ON NOVEMBER 18, 2003, FOLLOWING A CONVICTION OF VIOLATION OF 21 USC § 846, AS IT RELATES TO 21 USC § 841 (A)(1) AND § 841 (B)(1)(A), IN THE UNITED STATES DISTRICT

1.

COURT, FOR THE WESTERN DISTRICT OF NEW YORK, I WAS SENTENCED TO SERVE A TERM OF IMPRISONMENT TO BE ADMINISTERED BY THE FEDERAL BUREAU OF PRISONS.

2. THAT, ON OR ABOUT DECEMBER 1, 2005, WHILE HOUSED AT FEDERAL CORRECTIONAL INSTITUTION LORETTO, LORETTO, PENNSYLVANIA, I WAS DIAGNOSED AS HAVING SUFFERED FROM A HERNIA WHICH WAS PROTRUDING AT THE UPPER LEFT PORTION OF MY GROIN. NO TREATMENT WAS OFFERED OR SCHEDULED DESPITE SEVERAL RAISED CONCERNS.

3. THAT, ON OR ABOUT JULY 1, 2006, AND PERIODICALLY UNTIL NOVEMBER 1, 2008, WHILE HOUSED AT FEDERAL CORRECTIONAL INSTITUTION FORT DIX / SATELLITE CAMP, FORT DIX, NEW JERSEY, I AGAIN RAISED CONCERNS ABOUT THE PROTRUSION WHICH, AT THAT TIME, BEGAN TO CAUSE ME CONSIDERABLE PAIN AND DISCOMFORT. AGAIN, NO TREATMENT WAS OFFERED OR SCHEDULED.

4. THAT, ON OR ABOUT DECEMBER 1, 2008, WHILE HOUSED AT MY CURRENT INSTITUTION, METROPOLITAN DETENTION CENTER (MDC BROOKLYN), BROOKLYN, NEW YORK, I AGAIN RAISED CONCERNS ABOUT THE PROTRUSION AS IT HAD GROWN IN DIAMETER, SPREADING TOWARD THE MEDIAN OF MY ABDOMINAL, CAUSING ME EXTREME PAIN AND DISCOMFORT WHEN STANDING FOR LONG PERIODS. INITIALLY, AS IN EACH OF THE PREVIOUS ATTEMPTS AT TREATMENT, I WAS DISCOURAGED CITING THAT BUDGETARY CONSTRAINTS PREVENTED ADEQUATE TREATMENT, HOWEVER, I WAS LATER GIVEN AN ELASTIC DEVICE TO HOLD THE PROTRUSION LEVEL.

5. THAT, ON OR ABOUT FEBRUARY 20, 2009, IN AN ATTEMPT TO SATISFY "ADMINISTRATIVE REMEDY PROCESS" REQUIREMENTS — AS WELL AS TO NOTIFY STAFF OF MY INTENTION TO PROCEED AS IS HEREIN — I AGAIN RAISED CONCERNS WITH CORRECTIONAL COUNSELOR MARTINEZ, WHO IMMEDIATELY E-MAILED THE MEDICAL DEPARTMENT IN HOPES OF RESOLUTION.

6. THAT, ON FEBRUARY 23, 2009, IN AN ATTEMPT AT EMPHASIS ON THE MATTER, I FOLLOWED-UP CORRECTIONAL COUNSELOR MARTINEZ'S EFFORT BY SUBMITTING, YET, ANOTHER REQUEST FORM FOR TREATMENT, AS WELL AS A REQUEST FOR COPIES OF MY MOST RECENT TESTING RESULTS. TO DATE, NEITHER CORRECTIONAL COUNSELOR MARTINEZ OR I HAVE RECEIVED A RESPONSE, NOR HAVE I RECEIVED TREATMENT DESPITE BEING FORCED TO PERFORM A WORK ASSIGNMENT WHICH NECESSITATES STANDING FOR A PROLONGED PERIOD.

7. THAT, GIVEN THE CONSIDERABLE TIME-LENGTH IN THE BUREAU OF PRISONS AND ITS VARIOUS MEDICAL DEPARTMENTS HAVE HAD TO ADDRESS PLAINTIFF'S CONCERNS, AS WELL AS PLAINTIFF'S ATTEMPTS AT RESOLUTION, THIS PETITION MEETS, IF NOT EXCEEDS, THE EXCEPTION TO EXHAUSTION OF ADMINISTRATIVE REMEDY REQUIRED BY STATUTE, AND IS SUBJECT TO AUTHORITY AND REVIEW BY THIS HONORABLE COURT.

WHEREFORE, FOR THE FOREGOING REASONS, I, SHELDON W. ALLEN, PLAINTIFF, DO HEREBY PRAY THAT THIS HONORABLE COURT WILL MOVE TO GRANT THE RELIEF HEREIN SOUGHT, AND/OR WHATEVER OTHER SUCH RELIEF AS IT DEEMS JUST AND APPROPRIATE.

RESPECTFULLY SUBMITTED,

*/s/ Sheldon W. Allen*
WITHOUT PREJUDICE.

SHELDON W. ALLEN, PLAINTIFF.



# CERTIFICATE OF SERVICE

I, SHELDON W. ALLEN, PLAINTIFF, PRO SE FOR THE PURPOSE OF THE INSTANT HABEAS CORPUS PETITION PURSUANT TO 28 USC § 2241, AS WELL AS THE AFFIDAVIT IN SUPPORT OF HABEAS CORPUS PETITION PURSUANT TO 28 USC § 2241, DO HEREBY CERTIFY AND STATE THAT, ON MARCH 22, 2009, I HAVE HAD RECORDED IN THE OFFICER'S LOG, MAILING OF THE ABOVE-TITLED DOCUMENTS, BOTH OF WHICH WERE PLACED IN THE OFFICER'S "LEGAL MAIL" BOX, TO BE DELIVERED VIA U.S. MAIL TO:

    CLERK OF THE COURT
    UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
    225 CADMAN PLAZA EAST
    BROOKLYN, NY. 11201

_/s/ Sheldon Allen_                3-22-09
WITHOUT PREJUDICE.
SHELDON W. ALLEN, PLAINTIFF
10456-055
METROPOLITAN DETENTION CENTER
P.O. BOX 329002
BROOKLYN, NY 11232